# First District Court of Appeal
## State of Florida

_____

No. 1D18-4274

_____

MARTHA and HARRY JONES,

    Appellants,

v.

MARK S. INCH, Secretary,
Department of Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

July 2, 2019

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Martha Jones, pro se, and Harry Jones, pro se, Appellants.

Ashley Moody, Attorney General; Brett Michael Roy Coleman and Kristen Jennifer Lonergan, Assistant Attorneys General; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.